E. BRYAN WILSON
Acting United States Attorney

YUNAH CHUNG
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: yunah.chung@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | ) No. 3:21-cr-00100-TMB-KFR |
|---|---|
| Plaintiff, | ) <u>COUNTS 1-4</u>: |
| | ) DISTRIBUTION OF A CONTROLLED |
| vs. | ) SUBSTANCE |
| | )   Vio. of 21 U.S.C. § 841(a)(1), |
| CHRISTINA LYNN RIFREDI, | ) (b)(1)(B) |
| Defendant. | ) <u>COUNT 5</u>: |
| | ) POSSESSION WITH INTENT TO |
| | ) DISTRIBUTE |
| | )   Vio. of 21 U.S.C. § 841(a)(1), |
| | ) (b)(1)(B) |
| | ) <u>COUNT 6</u>: |
| | ) POSSESSION OF FIREARMS IN |
| | ) FURTHERANCE OF DRUG |
| | ) TRAFFICKING CRIME |
| | )   Vio. of 18 U.S.C. § 924(c)(1)(A)(i) |

| | |
|---|---|
| ) | COUNT 7: |
| ) | FELON IN POSSESSION OF A |
| ) | FIREARM |
| ) | Vio. of 18 U.S.C. §§ 922(g)(1) and |
| ) | 924(a)(2) |
| ) | |
| ) | CRIMINAL FORFEITURE |
| ) | ALLEGATION 1: |
| ) | 18 U.S.C. § 853 and Fed. R. Crim. P. |
| ) | 32.2(a) |
| ) | |
| ) | CRIMINAL FORFEITURE |
| ) | ALLEGATION 2: |
| ) | 18 U.S.C. § 924(d), 28 U.S.C. |
| ) | § 2461(c), and Fed. R. Crim. P. 32.2(a) |
| ) | |

## I N D I C T M E N T

The Grand Jury charges that:

### COUNT 1

On or about November 21, 2019, within the District of Alaska, in or near Kenai, the defendant, CHRISTINA LYNN RIFREDI, did knowingly and intentionally distribute a controlled substance, to wit: 5 grams or more of pure methamphetamine.

All of which is in violation of 21 U.S.C. § 841(a)(1), (b)(1)(B).

### COUNT 2

On or about December 4, 2019, within the District of Alaska, in or near Kenai, the defendant, CHRISTINA LYNN RIFREDI, did knowingly and intentionally distribute a controlled substance, to wit: 5 grams or more of pure methamphetamine.

All of which is in violation of 21 U.S.C. § 841(a)(1), (b)(1)(B).

## COUNT 3

On or about January 24, 2020, within the District of Alaska, in or near Kenai, the defendant, CHRISTINA LYNN RIFREDI, did knowingly and intentionally distribute a controlled substance, to wit: 5 grams or more of pure methamphetamine and a mixture or substance containing a detectable amount of heroin.

All of which is in violation of 21 U.S.C. § 841(a)(1), (b)(1)(B).

## COUNT 4

On or about October 1, 2020, within the District of Alaska, in or near Soldotna, defendant, CHRISTINA LYNN RIFREDI, did knowingly and intentionally distribute a controlled substance, to wit: 5 grams or more of pure methamphetamine.

All of which is in violation of 21 U.S.C. § 841(a)(1), (b)(1)(B).

## COUNT 5

On or about December 8, 2020, within the District of Alaska, in or near Kenai, the defendant, CHRISTINA LYNN RIFREDI, did knowingly possess with intent to distribute 5 grams or more of pure methamphetamine and a mixture or substance containing a detectable amount of heroin.

All of which is in violation of 21 U.S.C. § 841(a)(1), (b)(1)(B).

## COUNT 6

On or about December 8, 2020, within the District of Alaska, in or near Kenai, the defendant, CHRISTINA LYNN RIFREDI, did knowingly carry and use the following

firearms during and in relation to the drug trafficking crime charged in Count 5, and did knowingly possess such firearms in furtherance of the crime:

1. Glock Pistol, Model: 19, Caliber: 9MM;
2. Ruger Revolver, Model: Super Blackhawk, Caliber: 44;
3. Butler Handgun, Model: Derringer, Caliber: .22;
4. Freedom Arms Revolver, Model: Cassull's Improvement, Caliber: .22;
5. FEG Rifle, Model: unknown, Caliber: 7.62;
6. Browning Shotgun, Model: Magnum, Caliber: 12;
7. Mossberg Shotgun, Model: 500A, Caliber: 12;
8. French MAS Rifle, Model: MLE1949-56, Caliber: .308;
9. Stevens Rifle, Model: 62, Caliber: .22;
10. Stevens Shotgun, Model: 320, Caliber: 12;
11. Israel Military Industries Pistol, Model: Desert Eagle, Caliber: .44;
12. Springfield Armory Pistol, Model: XD-40, Caliber: .40;
13. Smith & Wesson Revolver, Model: 66, Caliber: .357 Mag;
14. Taurus Pistol, Model: PT24/7 OSS DS, Caliber: .45;
15. Taurus Pistol, Model: PT24/7 OSS DS, Caliber: .45;
16. Glock Pistol, Model: 22, Caliber: .40;
17. Ruger Pistol, Model: P93DAO, Caliber: 9MM;
18. Ruger Pistol, Model: P95, Caliber: 9MM;
19. Springfield Armory Pistol, Model: XDS-45ACP, Caliber: .45;

20. CZ Pistol, Model: 2075 D RAMI, Caliber, 9MM;

21. SCCY Pistol, Model: CPX-2, Caliber: 9MM;

22. SCCY Pistol, Model: CPX-2, Caliber: 9MM;

23. Browning Pistol, Model: unknown, Caliber: .22;

24. Browning Pistol, Model: unknown, Caliber: .22;

25. P.M.F. Rifle, Model: none, Caliber: .223;

26. One Silencer, no make or model;

27. Hi-Point Pistol, Model: JHP, Caliber: .45 ACP; and

28. Ruger Pistol, Model: EC9S, Caliber: 9MM.

All of which is in violation of 18 U.S.C. § 924(c)(1)(A)(i).

## COUNT 7

On or about December 8, 2020, within the District of Alaska, in or near Kenai, the defendant, CHRISTINA LYNN RIFREDI, knowingly having been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting interstate and foreign commerce, firearms, to wit:

1. Glock Pistol, Model: 19, Caliber: 9MM;

2. Ruger Revolver, Model: Super Blackhawk, Caliber: 44;

3. Butler Handgun, Model: Derringer, Caliber: .22;

4. Freedom Arms Revolver, Model: Cassull's Improvement, Caliber: .22;

5. FEG Rifle, Model: unknown, Caliber: 7.62;

6. Browning Shotgun, Model: Magnum, Caliber: 12;

7. Mossberg Shotgun, Model: 500A, Caliber: 12;

8. French MAS Rifle, Model: MLE1949-56, Caliber: .308;

9. Stevens Rifle, Model: 62, Caliber: .22;

10. Stevens Shotgun, Model: 320, Caliber: 12;

11. Israel Military Industries Pistol, Model: Desert Eagle, Caliber: .44;

12. Springfield Armory Pistol, Model: XD-40, Caliber: .40;

13. Smith & Wesson Revolver, Model: 66, Caliber: .357 Mag;

14. Taurus Pistol, Model: PT24/7 OSS DS, Caliber: .45;

15. Taurus Pistol, Model: PT24/7 OSS DS, Caliber: .45;

16. Glock Pistol, Model: 22, Caliber: .40;

17. Ruger Pistol, Model: P93DAO, Caliber: 9MM;

18. Ruger Pistol, Model: P95, Caliber: 9MM;

19. Springfield Armory Pistol, Model: XDS-45ACP, Caliber: .45;

20. CZ Pistol, Model: 2075 D RAMI, Caliber, 9MM;

21. SCCY Pistol, Model: CPX-2, Caliber: 9MM;

22. SCCY Pistol, Model: CPX-2, Caliber: 9MM;

23. Browning Pistol, Model: unknown, Caliber: .22;

24. Browning Pistol, Model: unknown, Caliber: .22;

25. P.M.F. Rifle, Model: none, Caliber: .223;

26. One Silencer, no make or model;

27. Hi-Point Pistol, Model: JHP, Caliber: .45 ACP; and

28. Ruger Pistol, Model: EC9S, Caliber: 9MM.

Conviction

| Conviction Date | Offense | Court | Case No. |
| --- | --- | --- | --- |
| October 13, 2014 | Misconduct Involving Controlled Substance in the Fourth Degree | Alaska Superior Court | 3KN-14-509 |

All of which is in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2).

CRIMINAL FORFEITURE ALLEGATION 1

Upon conviction of Count 5 of this Indictment, the defendant, CHRISTINA LYNN RIFREDI, shall forfeit to the United States pursuant to 21 U.S.C. § 853(a)(1) and (a)(2) any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offense, and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the offense.

The property to be forfeited includes, but is not limited to, the following:

1. $7,810 in U.S. Currency;
2. Glock Pistol, Model: 19, Caliber: 9MM, Serial Number: SCZ270;
3. Ruger Revolver, Model: Super Blackhawk, Caliber: 44, Serial Number: 83-26261;
4. Butler Handgun, Model: Derringer, Caliber: .22, Serial Number: B76398;
5. Freedom Arms Revolver, Model: Cassull's Improvement, Caliber: .22, Serial Number: B28417;

6. FEG Rifle, Model: unknown, Caliber: 7.62, Serial Number: EE4671H;

7. Browning Shotgun, Model: Magnum, Caliber: 12, Serial Number: 69V44988;

8. Mossberg Shotgun, Model: 500A, Caliber: 12, Serial Number: P022301;

9. French MAS Rifle, Model: MLE1949-56, Caliber: .308, Serial Number: G60355;

10. Stevens Rifle, Model: 62, Caliber: .22, Serial Number: 0958276;

11. Stevens Shotgun, Model: 320, Caliber: 12, Serial Number: 121101A;

12. Israel Military Industries Pistol, Model: Desert Eagle, Caliber: .44, Serial Number: 59045;

13. Springfield Armory Pistol, Model: XD-40, Caliber: .40, Serial Number: GM168465;

14. Smith & Wesson Revolver, Model: 66, Caliber: .357 Mag, Serial Number: 9K84188;

15. Taurus Pistol, Model: PT24/7 OSS DS, Caliber: .45, Serial Number: NB093498;

16. Taurus Pistol, Model: PT24/7 OSS DS, Caliber: .45, Serial Number: NB093506;

17. Glock Pistol, Model: 22, Caliber: .40, Serial Number: CAN593US;

18. Ruger Pistol, Model: P93DAO, Caliber: 9MM, Serial Number: 306-02162;

19. Ruger Pistol, Model: P95, Caliber: 9MM, Serial Number: 318-50154;

20. Springfield Armory Pistol, Model: XDS-45ACP, Caliber: .45, Serial Number:

S3134119;

21. CZ Pistol, Model: 2075 D RAMI, Caliber, 9MM, Serial Number: D173877;

22. SCCY Pistol, Model: CPX-2, Caliber: 9MM, Serial Number: 643299;

23. SCCY Pistol, Model: CPX-2, Caliber: 9MM, Serial Number: 643278;

24. Browning Pistol, Model: unknown, Caliber: .22, Serial Number: 18197U2;

25. Browning Pistol, Model: unknown, Caliber: .22, Serial Number: 98287U8;

26. P.M.F. Rifle, Model: none, Caliber: .223, Serial Number: none;

27. One Silencer, no make or model;

28. Hi-Point Pistol, Model: JHP, Caliber: .45 ACP, Serial Number: X4336783; and

29. Ruger Pistol, Model: EC9S, Caliber: 9MM, Serial Number 45549401.

All pursuant to 21 U.S.C. § 853 and Rule 32.2(a) of the Federal Rules of Criminal Procedure.

## CRIMINAL FORFEITURE ALLEGATION 2

Upon conviction of Counts 6 and 7 of this Indictment, the defendant, CHRISTINA LYNN RIFREDI, shall forfeit to the United States pursuant to 18 U.S.C. § 924(d)(2) and 28 U.S.C. § 2461(c), any firearms and ammunition involved or used in the commission of the offense, including but not limited to, the following:

1. Glock Pistol, Model: 19, Caliber: 9MM, Serial Number: SCZ270;

2. Ruger Revolver, Model: Super Blackhawk, Caliber: 44, Serial Number: 83-26261;

3. Butler Handgun, Model: Derringer, Caliber: .22, Serial Number: B76398;

4. Freedom Arms Revolver, Model: Cassull's Improvement, Caliber: .22, Serial Number: B28417;

5. FEG Rifle, Model: unknown, Caliber: 7.62, Serial Number: EE4671H;

6. Browning Shotgun, Model: Magnum, Caliber: 12, Serial Number: 69V44988;

7. Mossberg Shotgun, Model: 500A, Caliber: 12, Serial Number: P022301;

8. French MAS Rifle, Model: MLE1949-56, Caliber: .308, Serial Number: G60355;

9. Stevens Rifle, Model: 62, Caliber: .22, Serial Number: 0958276;

10. Stevens Shotgun, Model: 320, Caliber: 12, Serial Number: 121101A;

11. Israel Military Industries Pistol, Model: Desert Eagle, Caliber: .44, Serial Number: 59045;

12. Springfield Armory Pistol, Model: XD-40, Caliber: .40, Serial Number: GM168465;

13. Smith & Wesson Revolver, Model: 66, Caliber: .357 Mag, Serial Number: 9K84188;

14. Taurus Pistol, Model: PT24/7 OSS DS, Caliber: .45, Serial Number: NB093498;

15. Taurus Pistol, Model: PT24/7 OSS DS, Caliber: .45, Serial Number: NB093506;

16. Glock Pistol, Model: 22, Caliber: .40, Serial Number: CAN593US;

17. Ruger Pistol, Model: P93DAO, Caliber: 9MM, Serial Number: 306-02162;

18. Ruger Pistol, Model: P95, Caliber: 9MM, Serial Number: 318-50154;

19. Springfield Armory Pistol, Model: XDS-45ACP, Caliber: .45, Serial Number: S3134119;

20. CZ Pistol, Model: 2075 D RAMI, Caliber, 9MM, Serial Number: D173877;

21. SCCY Pistol, Model: CPX-2, Caliber: 9MM, Serial Number: 643299;

22. SCCY Pistol, Model: CPX-2, Caliber: 9MM, Serial Number: 643278;

23. Browning Pistol, Model: unknown, Caliber: .22, Serial Number: 18197U2;

24. Browning Pistol, Model: unknown, Caliber: .22, Serial Number: 98287U8;

25. P.M.F. Rifle, Model: none, Caliber: .223, Serial Number: none;

26. One Silencer, no make or model;

27. Hi-Point Pistol, Model: JHP, Caliber: .45 ACP, Serial Number: X4336783; and

28. Ruger Pistol, Model: EC9S, Caliber: 9MM, Serial Number 45549401.

//
//
//
//
//
//
//
//
//
//

All pursuant to 21 U.S.C. § 924(d), 28 U.S.C. § 2461(c), and Rule 32.2(a) of the Federal Rules of Criminal Procedure.

A TRUE BILL.

s/ Grand Jury Foreperson
GRAND JURY FOREPERSON

s/ Yunah Chung
YUNAH CHUNG
Assistant U.S. Attorney
United States of America

s/ Christina Sherman
E. BRYAN WILSON
Acting United States Attorney
United States of America

DATE: November 17, 2021

Page 12 of 12

Case 3:21-cr-00100-TMB-KFR   Document 2   Filed 11/19/21   Page 12 of 12